UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

JAMES JOYNER, et al.,

        Plaintiff,        Civil Action No. 23-10715
                                   Honorable Linda V. Parker

v.

CHARLES HENDON, et al.,

        Defendant.
_____/

## ORDER STRIKING MOTION

The Court has reviewed the following document: **Motion for Preliminary Injunction [ECF No. 4]**. The Court finds that it should be stricken for the following reasons:

- ☐ Missing statement of concurrence.  See LR 7.1(a).

- ☐ Over-length.  See LR 7.1(d)(3).

- ☒ Wrong font size.  See LR 5.1(a)(3).

- ☐ Missing required information (e.g.), concise statement of issues, controlling or most appropriate authority, etc.).  See LR 7.1(d)(2).

- ☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.).  See LR 5.1(a)(2).

- ☐ Does not comply with the Case Management Order in this case for the following reasons:

- ☐ Other:

Accordingly, the motion [ECF No. 4] is **STRICKEN.** The motion may be refiled within three (3) days in full compliance with the Local Rules.

   **IT IS SO ORDERED.**

                                                                s/ Linda V. Parker
                                                                LINDA V. PARKER
                                                                U.S. DISTRICT JUDGE

Dated: June 26, 2023