UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES JOYNER and
SHIRLEY JOYNER,

    Plaintiffs,

v.

Case No. 23-cv-10715
Honorable Linda V. Parker

CHARLES HENDON,
SUPREME TEAM DISASTER UNIT, LLC,
DETROIT LAND BANK AUTHORITY,
and CITY OF DETROIT,

    Defendants.
_____/

## OPINION AND ORDER DISMISSING PLAINTIFFS' AMENDED COMPLAINT WITH PREJUDICE AGAINST DEFENDANTS CHARLES HENDON AND SUPREME TEAM DISASTER UNIT, LLC

On November 8, 2023, this Court issued a decision dismissing with prejudice Plaintiffs' claims against Defendants Detroit Land Bank Authority and the City of Detroit for failure to prosecute. (ECF No. 18.) In the same decision, the Court ordered Plaintiffs to show cause, in writing, within fourteen days as to why their claims against the remaining defendants, Charles Hendon and Supreme Team Disaster Unit, LLC, should not also be dismissed for failure to serve and prosecute. (*Id.*) The Court warned Plaintiffs that their failure to respond and show

good cause for their inactions would result in the dismissal with prejudice of their claims against these defendants, as well. (*Id.* at PageID 345.)

The deadline for Plaintiffs to respond to the Court's show cause order has passed, with Plaintiffs failing to respond in writing or otherwise.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 41.2 against Defendants Charles Hendon and Supreme Team Disaster Unit, LLC.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 29, 2023